**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

JAMES LEROY THOMAS,                    :    No. 37 MM 2023
                                                          :
                       Petitioner               :
                                                          :
                                                          :
               v.                                     :
                                                          :
                                                          :
THE COURT OF COMMON PLEAS OF    :
FRANKLIN COUNTY,                         :
                                                          :
                       Respondent             :

## ORDER

**PER CURIAM**

　　**AND NOW**, this 1st day of June, 2023, the Application for Leave to File Original Process is GRANTED, and the "Application for Writ of Mandamus" is DENIED.